IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| C.J. STEWART, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07-4080-CV-C-NKL |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 19, 2008, United States Magistrate Judge William A. Knox recommended that plaintiffs' motions for preliminary injunctive relief for access to courts be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 19, 2008, is adopted. [107] It is further

ORDERED that plaintiffs' motions for preliminary injunctive relief for access to courts are denied as moot. [72, 101]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 23, 2009
Jefferson City, Missouri