IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

C.J. STEWART, et al., )
 )
 Plaintiffs, )
 )
 v. ) No. 07-4080-CV-C-NKL
 )
LARRY CRAWFORD, et al., )
 )
 Defendants. )

## ORDER

On February 10, 2009, United States Magistrate Judge William A. Knox recommended that plaintiff Shyheim D. El-Mu'min's motions for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 10, 2009, is adopted. [110] It is further

ORDERED that plaintiff El-Mu'min's motions seeking preliminary injunctive relief are denied. [75, 84]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 10, 2009
Jefferson City, Missouri