# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

C.J. Stewart, et al

    v.                                            07-4080-CV-C-MW

Missouri Department of Corrections, et al

**x**    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

On Plaintiff's claim against Defendant Cassady for excessive force, as submitted in Instruction No. 13, jury finds in favor of Defendant Cassady;

On Plaintiff's claim against Defendant Ruppel for excessive force, as submitted in Instruction No. 13, the jury finds in favor of Defendant Ruppel;

On Plaintiff's claim against Defendant Reed for excessive force, as submitted in Instruction No. 13, jury finds in favor of Defendant Reed;

On Plaintiff's claim against Defendant Friesen for excessive force, as submitted in Instruction No. 13, the jury finds in favor of Defendant Friesen.

ENTERED ON: September 17, 2010

                                              ANN THOMPSON
                                              Court Executive

/s/ *J. Price*

                                              (By) Deputy Clerk