AMENDED JUDGMENT IN A CIVIL CASE

SHYHEIM D. EL-MUMIN
 a/k/a James Lenoir

    v.

MO DEPARTMENT OF CORRECTIONS, et al

Case Number: 07-4080-CV-C-MJW

x **Decision by Court** on August 24, 2010

    The defendants' motion for summary judgment is granted, in part, and denied, in part. [183]

    The motion for summary judgment is denied on plaintiff El-Mu'min's claims against defendants Cassady, Rupple, Friesan, Walling, Reed and Dormire that his Eighth Amendment rights were violated by his placement on the restraint bench and denial of medical care.

    That summary judgment is granted on all remaining claims by plaintiffs El-Mu'min, Darden and Stewart.

x **Decision by Court** September 8, 2010 during the jury trial

    Court grants in part, denies in part defendants' motion for directed verdict at the close of all evidence. Motions of defendants Dormire and Walling for directed verdict is granted on all plaintiff's claims. Motions of defendants Reed, Rupple and Cassady for directed verdict granted on plaintiff's denial of medical care claims. All further basis and motions of defendants for directed verdict are denied.

x **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    On Plaintiff's claim against Defendant Cassady for excessive force, as submitted in Instruction No. 13, jury finds in favor of Defendant Cassady;

    On Plaintiff's claim against Defendant Ruppel for excessive force, as submitted in Instruction No. 13, the jury finds in favor of Defendant Ruppel;

    On Plaintiff's claim against Defendant Reed for excessive force, as submitted in Instruction No. 13, jury finds in favor of Defendant Reed;

On Plaintiff's claim against Defendant Friesen for excessive force, as submitted in Instruction No. 13, the jury finds in favor of Defendant Friesen.

ENTERED ON: September 21, 2010

ANN THOMPSON
Court Executive

/s/ *J. Price*

(By) Deputy Clerk